**Dismissed; Opinion Filed August 21, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00889-CV

**ALEXANDER GOUGH AND RITE CALL RESTORATION, LLC, Appellants**
**V.**
**DRY FORCE CORP. F/K/A DRY FORCE, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07811**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellants' motion to withdraw appeal. Appellants explain the Dallas County District Clerk mistakenly forwarded their notice of appeal from an associate judge's order to this Court. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

180889F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXANDER GOUGH AND RITE
CALL RESTORATION, LLC, Appellants

No. 05-18-00889-CV          V.

DRY FORCE CORP. F/K/A DRY FORCE,
LLC, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07811.
Opinion delivered by Justice Stoddart.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Dry Force Corp. f/k/a Dry Force, LLC recover its costs, if any, of this appeal from appellants Alexander Gough and Rite Call Restoration, LLC.

Judgment entered this 21st day of August, 2018.